UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
CMA-CGM (AMERICA), INC.,

v.                                              CASE NO. 07 CIV 7014

MABAMEX S.A. De C.V., a division
of Mattel, Inc., and MATTEL, INC.,



-----------------------------------------x

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL

RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN

DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF

THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR ___CMA-CGM (AMERICA), INC.___

(A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD.


DATE: August 3, 2007                      _____
                                          SIGNATURE OF ATTORNEY
                                          Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99