3-180257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CMA-CGM (AMERICA), INC.,

             Plaintiff,

  - against -

MABAMEX S.A. De C.V., a division
of Mattel, Inc., and MATTEL, INC.,

             Defendants.
----------------------------------------X

07 Civ. 7014 (VM)

NOTICE AND ORDER
OF DISMISSAL

    PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, without prejudice and without costs as to each party against the others, the defendants not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       August 17, 2007

                      LAW OFFICES OF
                      ALBERT J. AVALLONE & ASSOCIATES

                      By: _____
                      Albert J. Avallone
                      Attorney for Plaintiff
                      CMA-CGM (AMERICA), INC.
                      551 Fifth Avenue, Suite 1625
                      New York, NY 10176
                      (212) 696-1760

SO ORDERED: 17 August 2007
The Clerk of Court is directed to close this case.

_____
U.S.D.J.
Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-07